AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Tighe John Scott<br><br>*Defendant* | ) Case: 1:24-mj-00195<br>) Assigned To : Judge Zia M. Faruqui<br>) Assign. Date : 6/4/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Tighe John Scott,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 231(a)(3) - obstructing officers during a civil disorder;
   18 U.S.C. §1752(a)(1) - entering or remaining in restricted buildings or grounds;
   18 U.S.C. § 1752(a)(2) - disorderly or disruptive conduct in a restricted building or grounds;
   18 U.S.C. § 1752(a)(4) - engaging in violence in a restricted building or grounds;
   40 U.S.C. § 5104(e)(2)(D) - disorderly or disruptive conduct in a Capitol Building or Grounds;
   40 U.S.C. § 5104(e)(2)(F) - physical violence in Capitol Building or Grounds;
   18 U.S.C. § 111(a)(1) - assaulting, resisting, or impeding certain officers.

Date:  06/04/2024

*Issuing officer's signature*  Zia M. Faruqui

City and state:   Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/04/24, and the person was arrested on *(date)* 06/05/24
at *(city and state)* PEN ARGYL, PA.

Date: 06/05/24

*Arresting officer's signature*

TFO ANDREW DANIELS
*Printed name and title*