AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Tighe John Scott

Defendant

) Case: 1:24-mj-00195
) Assigned To : Judge Zia M. Faruqui
) Assign. Date : 6/4/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _Tighe John Scott_,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

- 18 U.S.C. § 231(a)(3) - obstructing officers during a civil disorder;
- 18 U.S.C. §1752(a)(1) - entering or remaining in restricted buildings or grounds;
- 18 U.S.C. § 1752(a)(2) - disorderly or disruptive conduct in a restricted building or grounds;
- 18 U.S.C. § 1752(a)(4) - engaging in violence in a restricted building or grounds;
- 40 U.S.C. § 5104(e)(2)(D) - disorderly or disruptive conduct in a Capitol Building or Grounds;
- 40 U.S.C. § 5104(e)(2)(F) - physical violence in Capitol Building or Grounds;
- 18 U.S.C. § 111(a)(1) - assaulting, resisting, or impeding certain officers.

Date: 06/04/2024

_Zia M. Faruqui_
Issuing officer's signature

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date) 06/04/24, and the person was arrested on (date) 06/05/24
at (city and state) PEN ARGYL, PA.

Date: 06/05/24

_AD_
Arresting officer's signature

TFO Andrew Daniels
Printed name and title

## MINUTE SHEET OF PROCEEDINGS HELD BEFORE
## DARYL F. BLOOM, UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| USA v. | Scott Alex Slater, Jr., Scott Slater, Sr., Jarrett Carl Scott, Tighe John Scott | CRIMINAL NO. | 1:24-MJ-0046 |
|---|---|---|---|

| Courtroom No. 5B | Date | 6/5/2024 | Time Commenced | 3:35 pm | Time Terminated | 4:00 pm |
|---|---|---|---|---|---|---|

| Charging Document: | | Indictment | | Information | | Petition for Revocation | X | Criminal Complaint |
|---|---|---|---|---|---|---|---|---|
| | X | Felony | | Misdemeanor | | Petty Offense | | |

| Nature of Hearing: | Initial Appearance – Rule 40 from Scranton via Zoom |
|---|---|
| Gov't Counsel: | Robert O'Hara, AUSA |
| Defense Counsel: | James Burke, Esq. (Slaters) and Mark Minotti, Esq. (Scotts) |
| Interpreter: | Retained ( X )  CJA ( )   FPD ( ) |

| X | Defendant Advised of Rights, Charges, Penalties | X | Defendant Requests Court Appointed Counsel | | Appointed   Yes X   NO ☐ |
|---|---|---|---|---|---|

| | Plea Entered | | Guilty | | Not Guilty | | Sentencing Deferred Pending PSI |
|---|---|---|---|---|---|---|---|

| | Jury Selection/Trial Scheduled For: | |
|---|---|---|
| X | Zoom proceedings in D.C. Scheduled For: | June 25, 2024 at 12:30 p.m. – MJ Meriweather |
| | Detention Hearing and/or Arraignment | |

**REMARKS**: Court opened and case called. Defendants present with retained counsel. Defendants informed of rights, charges and penalties. Defendants waives formal reading of the criminal complaint. Defendants request preliminary hearings in the District of Columbia. Brady Notice read aloud. Defendants released on conditions of release pending appearance in the District of Columbia. Counsel may keep copies of the bail reports. Next case called.

Court Reporter:   Wes Armstrong ( )    Lori Shuey ( )     Wendy Yinger ( )

Digitally Recorded (X) -ZOOM Recorded – Saved to Network Drive

Courtroom Deputy:  Kevin J. Neary

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIM. NO. 1:24-MJ-0046** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **SCOTT ALEX SLATER, JR.** | : | |
| **SCOTT SLATER, SR.** | : | |
| **JARRETT CARL SCOTT** | : | |
| **TIGHE JOHN SCOTT** | : | |

# O R D ER

Pursuant to the October 21, 2020 amendment to Rule 5 of the Federal Rules of Criminal Procedure the Court provides the prosecution and defense counsel with the following notice that confirms the disclosure obligation of the prosecution under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny, to disclose exculpatory information to the defense in the above-captioned case.

Under <u>Brady</u> the prosecution must produce material evidence in its possession custody or control favorable to the accused. This obligation to produce favorable evidence includes both exculpatory evidence and information which may impeach government witnesses when that evidence is material either to guilt or punishment.

Such disclosures must be made in a timely manner in order to allow the use

1

of the exculpatory information in the defense of the case.

The failure to comply with this due process obligation may result in dismissal of charges, exclusion of evidence, adverse inference jury instructions, contempt proceedings or sanctions against counsel.

So ordered this 5th day of June 2024.

<u>S/Daryl F. Bloom</u>
Daryl F. Bloom
United States Magistrate Judge

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:24-MJ-00046-DFB |
| Tighe John Scott ) | |
| ) | Charging District's Case No. 1:24-MJ-00195 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____ District of Columbia _____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☒ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/5/24

*Defendant's signature*

*Signature of defendant's attorney*

MARK Miroth

*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                                                    Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>TIGHE JOHN SCOTT<br>*Defendant* | ) ) ) Case No.  1:24-MJ-00046-DFB<br>) )<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:   U.S. District Court - District of Columbia - via ZOOM
   *Place*

   on   6/25/2024 12:30 pm
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 10/20) Additional Conditions of Release                                                                                     Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                     Custodian                              Date

( ☒ ) (7) The defendant must:
  ( ☒ ) (a) submit to supervision by and report for supervision to the Pre-Trial Services Office _____,
           telephone number  717-901-2860  , no later than _____.
  ( ☒ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☒ ) (d) surrender any passport to: **U.S. DISTRICT COURT**
  ( ☒ ) (e) not obtain a passport or other international travel document.
  ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: **STAY AWAY FROM D.C. EXCEPT FOR COURT RELATED MATTERS**
  ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  ( ☐ ) (h) get medical or psychiatric treatment: _____
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ☒ ) (l) not use alcohol ( ☐ ) at all ( ☒ ) excessively.
  ( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
       ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
       ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
       ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
       ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
           Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
  ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

AO 199C (Rev. 09/08) Advice of Penalties          Page  4  of  4  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Pen Argyl, PA
_____
Address and Telephone Number

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  JUNE 5, 2024

_____
Judicial Officer's Signature

Daryl F. Bloom, U.S. Magistrate Judge
Printed name and title

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
JUN 05 2024
PER _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:24-mj-00046-DFB-1 |
| | ) | |
| TIGHE JOHN SCOTT | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:24-MJ-00195 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court - District of Columbia, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Ave, NW, Washington, DC 20001 | Courtroom No.: Zoom Hearing - M.J. Meriweather |
|---|---|
| | Date and Time: 6/25/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: JUNE 5, 2024

_____
*Judge's signature*

Daryl F. Bloom, United States Magistrate Judge
*Printed name and title*

**Zoom Link information attached

# June 25th at 12:30 pm EST, before:

**MJ ROBIN M. MERIWEATHER**
ZOOM info:

https://uscourts-dcd.zoomgov.com/j/16189525787?pwd=Wl h3MUY5VTRZTUFSYXM5REliN2UvZz09

Meeting ID: 161 8952 5787
Passcode: 860903

CLOSED

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CRIMINAL DOCKET FOR CASE #: 1:24−mj−00046−DFB All Defendants
# *SEALED*
## *Internal Use Only*

Case title: USA v. SEALED

Date Filed: 06/05/2024

Date Terminated: 06/05/2024

Assigned to: Magistrate Judge Daryl F. Bloom

### Defendant (1)

**Scott Alex Slater, Jr.**  represented by  **James J. Burke**
*TERMINATED: 06/05/2024*                    Law Offices of Frederick P. Rooney
                                            7 West Morton Street
                                            P.O.Box C
                                            Bethlehem, PA 18015
                                            (215) 882−9600
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:231.F – Obstructing Officers during a civil disorder | |

Assigned to: Magistrate Judge Daryl F. Bloom

### Defendant (2)

**Scott Slater, Sr.**            represented by  **James J. Burke**
*TERMINATED: 06/05/2024*                    (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:231.F – Obstructing Officers during a civil disorder | |

Assigned to: Magistrate Judge Daryl F. Bloom

**Defendant (3)**

**Jarrett Carl Scott**  represented by  **Mark L. Minotti**
*TERMINATED: 06/05/2024*                                 2240 Northhampton Street
                                                        Easton, PA 18042
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:231.F – Obstructing Officers during a civil disorder | |

Assigned to: Magistrate Judge Daryl F. Bloom

**Defendant (4)**

**Tighe John Scott**  represented by  **Mark L. Minotti**
*TERMINATED: 06/05/2024*                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

18:231.F – Obstructing Officers during a civil disorder

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Robert J. O'Hara** |
| | | Office of the U.S. Attorney |
| | | William J. Nealon Federal Building |
| | | 235 North Washington Avenue |
| | | Scranton, PA 18501 |
| | | 570–348–2800 |
| | | Email: robert.O'Hara@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2024 | 1 | SEALED CRIMINAL COMPLAINT from District of Columiba with Affidavit of Agent as to Scott Alex Slater, Jr (1), Scott Slater, Sr (2), Jarrett Carl Scott (3), Tighe John Scott (4). (Attachments: # 1 Statement of Facts, # 2 Sealing Order – District of Columbia, # 3 Arrest Warrant – Jarrett Scott, # 4 Arrest Warrant – Scott Slater Jr, # 5 Arrest Warrant – Scott Slater Sr, # 6 Arrest Warrant – Tighe Scott) (kjn) (Entered: 06/05/2024) |
| 06/05/2024 | | Arrest (Rule 40) of Scott Alex Slater, Jr, Scott Slater, Sr, Jarrett Carl Scott, Tighe John Scott. (kjn) (Entered: 06/05/2024) |
| 06/05/2024 | 2 | ARREST Warrant Returned Executed on 6/5/2024 in case as to Scott Alex Slater, Jr. (kjn) (Entered: 06/05/2024) |
| 06/05/2024 | 3 | ARREST Warrant Returned Executed on 6/5/2024 in case as to Scott Slater, Sr. (kjn) (Entered: 06/05/2024) |
| 06/05/2024 | 4 | (Court only) Minute Entry for proceedings held before Magistrate Judge Daryl F. Bloom:Initial Appearance in Rule 40 Proceedings as to Scott Alex Slater, Jr, Scott Slater, Sr, Jarrett Carl Scott, Tighe John Scott held on 6/6/2024. (Tape #Zoom Recorded – Saved to Network Drive.)Total Time in Court [:25] (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 5 | WAIVER of of Identity Hearing by Scott Alex Slater, Jr. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 6 | WAIVER of of Identity Hearing by Scott Slater, Sr. (kjn) (Entered: 06/06/2024) |

| | | |
|---|---|---|
| 06/05/2024 | 7 | WAIVER of of Identity Hearing by Jarrett Carl Scott. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 8 | WAIVER of of Identity Hearing by Tighe John Scott. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 9 | ORDER TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Scott Alex Slater, Jr – Date and Time set for 6/25/2024 12:30 PM.Signed by Magistrate Judge Daryl F. Bloom on June 5, 2024. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 10 | ORDER TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Scott Slater, Sr – Date and Time set for 6/25/2024 12:30 PM.Signed by Magistrate Judge Daryl F. Bloom on June 5, 2024. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 11 | ORDER TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Jarrett Carl Scott – Date and Time set for 6/25/2024 12:30 PM.Signed by Magistrate Judge Daryl F. Bloom on June 5, 2024. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 12 | ORDER TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Tighe John Scott – Date and Time set for 6/25/2024 12:30 PM.Signed by Magistrate Judge Daryl F. Bloom on June 5, 2024. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 13 | ORDER Setting Conditions of Release as to Scott Alex Slater, Jr. Signed by Magistrate Judge Daryl F. Bloom on June 5, 2024. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 14 | ORDER Setting Conditions of Release as to Scott Slater, Sr. Signed by Magistrate Judge Daryl F. Bloom on June 5, 2024. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 15 | ORDER Setting Conditions of Release as to Jarrett Carl Scott. Signed by Magistrate Judge Daryl F. Bloom on June 5, 2024. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 16 | ORDER Setting Conditions of Release as to Tighe John Scott. Signed by Magistrate Judge Daryl F. Bloom on June 5, 2024. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | | (Court only) ***Case Terminated as to Scott Alex Slater, Jr, Scott Slater, Sr, Jarrett Carl Scott, Tighe John Scott. Transfer documents e−mailed to District of Columbia. (kjn) (Entered: 06/06/2024) |
| 06/05/2024 | 17 | RULE 5 NOTICE re: Brady disclosure obligations as to defendants Scott Alex Slater, Jr, Scott Slater, Sr, Jarrett Carl Scott, Tighe John Scott. Signed by Magistrate Judge Daryl F. Bloom on June 5, 2024. (kjn) (Entered: 06/06/2024) |